UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61241-CIV-SEITZ /WHITE

OLUWAROTIMI SURAKAT,

        Plaintiff,

v.

DEPUTY BROOKINS, et al.,

        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation [DE-24] of the Honorable Patrick A. White, Magistrate Judge, to which no party has filed an objection. Judge White recommends that the Court deny Defendant's Motion to Dismiss for Failure to Prosecute [DE-20] as Plaintiff has stated that he has failed to respond to discovery requests and otherwise prosecute the action because he was hospitalized between December 28, 2008 through July 31, 2009. Having reviewed the thorough and well-reasoned Report and Recommendation, and there being no objection thereto, it is hereby

ORDERED that Judge White's Report and Recommendation [DE-24] is AFFIRMED AND ADOPTED.

DONE AND ORDERED in Miami, Florida, this __24__ day of November, 2009.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White
Counsel of Record/Pro se parties